UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>Carol V. Barron<br>2523 Bailey Drive<br>Valdosta, GA 31602 | Chapter 13<br><br>Case No: 16-71192-JTL |

NOTICE OF OBJECTION TO CONFIRMATION

THE CHAPTER 13 TRUSTEE, KRISTIN HURST, HAS FILED DOCUMENTS WITH THE UNITED STATES BANKRUPTCY COURT, P.O. BOX 2147, COLUMBUS, GA 31902  (706) 649-7837 TO DENY CONFIRMATION OF YOUR CHAPTER 13 PLAN PURSUANT TO 11 U.S.C. SECTION 1324.

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the objection may be obtained upon written request to counsel for the Chapter 13 Trustee, Kristin Hurst or at the Clerk's office.**

If you do not want the court to deny confirmation, or if you want the court to consider your views on the objection, then you or your attorney should attend the hearing scheduled to be held on:

**January 17, 2017 at 12:00 pm located at:
FEDERAL BUILDING, 2ND FLOOR U.S. COURTROOM
N. PATTERSON STREET
VALDOSTA, GA**

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to M.D.GA. LBR 9004-1(C).

This 9th day of January 2017.

/s/  John Gilson
John Gilson GA Bar No. 295360 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| In Re: | Chapter 13 |
|---|---|
| Carol V. Barron | |
| 2523 Bailey Drive | Case No: 16-71192-JTL |
| Valdosta, GA 31602 | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document   (1) via electronic notice to parties who are ECF Filers and Consenting Users,  (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

    Carol V. Barron                                               Kelley, Lovett And Blakey, P.C.
    2523 Bailey Drive
    Valdosta,GA 31602                                   (Counsel for Debtor)


    (Debtor)
This 9th day of January 2017.

                                                                        /s/  John Gilson

                                                                       John Gilson GA Bar No. 295360 for
                                                                       CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>Carol V. Barron<br>2523 Bailey Drive<br>Valdosta, GA 31602 | Chapter 13<br><br>Case No: 16-71192-JTL |

OBJECTION TO CONFIRMATION

Now comes the Standing Chapter 13 Trustee and shows the following:

The plan, as proposed, cannot be completed within five years.

WHEREFORE, the Trustee prays that confirmation of the Chapter 13 case be denied.

This 9th day of January 2017.

/s/  John Gilson

John Gilson GA Bar No. 295360 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>Carol V. Barron<br>2523 Bailey Drive<br>Valdosta, GA 31602 | Chapter 13<br><br>Case No: 16-71192-JTL |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

| | |
|---|---|
| Carol V. Barron<br>2523 Bailey Drive<br>Valdosta,GA 31602 | Kelley, Lovett And Blakey, P.C.<br><br>(Counsel for Debtor) |

(Debtor)
This 9th day of January 2017.

/s/ John Gilson

John Gilson GA Bar No. 295360 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com